UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:11-CV-03892-GP |
| | ) | |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP., | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. of Civ. P. 41(a), Plaintiff ANDREW SCOTT and Defendant GC SERVICES LIMITED PARTNERSHIP hereby stipulate to the dismissal, with prejudice, of all claims asserted herein.

Each party shall bear its own costs and attorney fees in connection with this action.

This 27th day of October, 2011.

                                              */s/ Daniel P. Hartstein*
                                       Daniel P. Hartstein
                                       LibertyView
                                       457 Haddonfield Rd., Suite 310
                                       Cherry Hill, NJ 08002
                                       (856) 910-8900
                                       danhartstein@verizon.net

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(770) 414-1002
alex@fdcpalawyeronline.com

[ELECTRONIC SIGNATURES CONTINUED ON FOLLOWING PAGE]

FINEMAN KREKSTEIN & HARRIS PC

_/s/ Richard J. Perr_
Richard J. Perr  (PA 72883)
BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA  19103-7513
(Phone) (215) 893-9300
(Fax)  (215)893-8719
rperr@finemanlawfirm.com

*Attorney for Defendant*